UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVA D. CARSTEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY,<br><br>　　　　　Defendant. | Case No. CV-22-134-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

Dated this 13th day of March, 2024.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk